**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jermaine Donte Griffin, | ) | No.   CV 01-1290-PHX-PGR |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Sheriff Joseph M. Arpaio, et al. | ) | |
| Defendants. | ) | |

Pending before the Court is the Plaintiff's Motion for Reconsideration of Judgment (Doc. 44). Judgement was entered in this case on May 3, 2006. According to Federal Rule of Civil Procedure 59(e), motions to alter or amend judgments must be filed no later than ten days after entry of the judgement. In addition, any motion for a new trial must also be filed within ten days of entry of the judgment. Fed. R. Civ. P. 59(b). The Plaintiff's motion requesting that the Court reconsider its Judgment and grant the Plaintiff a new trial was not signed until May 22, 2006. As such, the Plaintiff's motion is untimely under both subsections of Rule 59.

Rule 60(b) permits reconsideration of a district court order based on: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59; (3) fraud, misrepresentation, or misconduct by an adverse party; (4) the judgment is void; (5) the

1  judgment has been satisfied, released or discharged, or a prior judgment upon which it is
2  based has been reversed or otherwise vacated, or it is no longer equitable that the judgment
3  should have prospective application; or (6) any other reason justifying relief from the
4  operation of judgment.  See Fed. R, Civ. P. 60(b)(1)-(b)(6).  Generally, a motion for
5  reconsideration under Rule 60 should not be granted unless: (1) there has been an intervening
6  change of controlling law; (2) newly discovered evidence has come to light; or (3) it's
7  necessary to correct a clear error or prevent manifest injustice.  School District No. 1J v.
8  AcandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).  Furthermore, a Rule 60(b) motion must be
9  brought within a reasonable time, which cannot be more than one year if the motion is based
10 on mistake, newly discovered evidence, or fraud.  See Fed. R. Civ. P. 60(b).

11    The Court finds the Plaintiff's argument that he is a layman and lacks legal experience
12 unpersuasive as it is not one of then enumerated reasons found in Rule 60 for granting
13 reconsideration.  Since the Plaintiff has not shown that the Court erred in entering judgment
14 in favor of the Defendants, that new evidence has come to light, or that there has been an
15 intervening change in the law, see ACandS, 5 F.3d at 1262, reconsideration pursuant to Rule
16 60(b) is inappropriate.  Accordingly,

17    IT IS ORDERED that the Plaintiff's Motion for Reconsideration of Judgment (New
18 Trial) (Doc. 44) is DENIED.

19    DATED this 19th day of September, 2006.

Paul G. Rosenblatt
United States District Judge

- 2 -