**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jermaine Donte Griffin, | ) | CV 01-1290-PHX-PGR |
| Plaintiff, | ) | |
| vs. | ) | <u>ORDER</u> |
| Sheriff Joseph M. Arpaio, et al. | ) | |
| Defendants. | ) | |

On June 8, 2006, the Plaintiff filed a Notice of Appeal. Although the Plaintiff's Notice of Appeal was not filed within thirty (30) days of entry of the May 3, 2006 Judgment, the Notice does contain a timely request for an extension of time to appeal pursuant to Fed. R. App. 4(a)(5).

The Court concludes that the request for an extension was made in good faith ,and good cause was shown for the Court to grant the relief requested. As such,

IT IS ORDERED that the Plaintiff is hereby given sixty (60) days from the date of this order to file his memoranda in support of his Notice of Appeal.

DATED this 2nd day of October, 2006.

Paul G. Rosenblatt
United States District Judge